IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-0401 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| PIEDMONT NATURAL GAS | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, this action is **ADMINISTRATIVELY CLOSED**.

This action may be reopen by filing of a motion by either party.

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge